**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

DANDRE DSHON EVANS,

     Petitioner,

v.                                   Case No.  3:21-cv-1492-MCR/MJF

M. V. JOSEPH,

     Respondent.

_____/

**ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 4, 2021. ECF No. 5. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Evans's habeas petition under 28 U.S.C. § 2241, ECF No. 1, is

**DISMISSED** without prejudice for lack of jurisdiction.

3.    The clerk of the court shall close the case file.

**DONE AND ORDERED** this 3rd day of December 2021.


_M. Casey Rodgers_

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**